# MINUTES

CASE NUMBER:   1:02-CR-00071-SOM-1

CASE NAME:   USA v. Thanh Kam Tran

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:

DATE:   02/11/2008                  TIME:

COURT ACTION: EO:

The AUSA and defense counsel DeAnna Dotson are asked to send position letters to the court (hard copy or fax, not email), with copies to their opponent and to USPO Rosanne Donohoe, no later than February 19, 2008. The court will respond to the BOP after reviewing counsel positions and consulting with the BOP.