

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*    (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*    FAX (808) 541-2958
*Honolulu, Hawaii 96850*

February 13, 2008

CORRESPONDENCE

Honorable Susan Oki Mollway
United States District Judge
U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, HI  96850

Re:    United States v. Thanh Kam Tran
       Crim. No. 02-00071-01 SOM
       Request for Retroactive Concurrent Designation

Judge Mollway:

      This correspondence is in response to the Court's February 11, 2008 order directing government counsel to file a position letter regarding the above captioned matter. In order to accomplish this task government counsel reviewed Delbert G. Sauers' February 4, 2008 letter to the Court, reviewed applicable law and discussed this matter with USPO Roseanne Donohoe. Based on this review, it is our position that no adjustment should be made by virtue of a retroactive (concurrent) designation.

      Defendant Tran was convicted of two separate violations by separate sovereigns. Title 18 U.S.C. §3585(b) permits credit for prior custody only in two (2) instances: (1) where the detention was the result of the offense for which the sentence was imposed, and (2), where the defendant was arrested on the other charges subsequent to the commission of the offense for which he is being sentenced. In this instance, neither instance is applicable. Tran's state detention was not the result of the offense for which this court imposed sentence. Neither was Tran arrested by state authorities subsequent to the federal offense conduct. (Tran was arrested by state authorities on April 27, 2001 on drug related charges. Tran's federal offense conduct occurred May 24, 2001 and involved a completely separate drug trafficking event.)

FEB 1 4 2008

Honorable Susan Oki Mollway
February 13, 2008
Page 2

     Because the underlying crimes are unrelated and present separate social harms, and because the provisions of §3585(b) do not apply, Tran should not receive the benefit of concurrent sentencing. It is also likely that Tran was able to achieve a level of leniency from the state court judge, and early parole consideration, by virtue of his 168 month federal sentence imposed in the previous month.

     Accordingly, the government respectfully objects to any retroactive concurrent designation in this case.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _[signature]_
KENNETH M. SORENSON
Assistant U.S. Attorney

cc:   Deanna Dotson, Esq.
      Rosanne Donohoe