CORRESPONDENCE

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720

FACSIMILE
(808) 541-1724

February 20, 2008

Chief Delbert G. Sauers
U.S. Department of Justice
Federal Bureau of Prisons
Designation and Sentence Computation Center
Grand Prarie, Texas 75051

**Re: Tran, Thanh Cam, Crim. No. 02-00071 SOM**

Dear Chief Sauers:

This is in response to your letter dated February 4, 2008, in which you asked for this court's position as to whether Thanh Cam Tran should receive a retroactive designation to a state facility. This court has reviewed 18 U.S.C. §§ 3585 and 3615, Barden v. Keohane, 921 F.2d 476 (3d Cir. 1991), and position statements by the Assistant U.S. Attorney assigned to this case and counsel for Mr. Tran.

Under the circumstances presented here, this court declines to make a recommendation that Mr. Tran receive such a retroactive designation. Mr. Tran was sentenced in state and federal court for separate offenses. It appears that Mr. Tran received either state or federal credit for every day that he has been incarcerated. Although the state court judge may have intended to run the state sentence concurrently with the federal sentence, this court never stated that it intended the federal sentence to run concurrently with the state sentence. Accordingly, this court declines to make a recommendation that Mr. Tran's place of incarceration be retroactively designated to allow the federal sentence to be served concurrently with the state sentence.

If I can be of any further assistance, please do not hesitate to contact me.

Very truly yours,

Susan Oki Mollway
United States District Judge

cc: Kenneth M. Sorenson
    DeAnna Dotson
    Rosanne Donohoe